UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01185-JDP<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 7 |

On March 14, 2019, we issued an order to show cause for plaintiff's failure to prosecute and to comply with court orders. ECF No. 7. On April 12, 2019, plaintiff served defendant. ECF No. 16. On April 17, 2019, plaintiff responded to the order to show cause. ECF No. 9. Therefore, the order to show cause, ECF No. 7, is discharged. The parties shall comply with the remaining deadlines in the scheduling order and respond to the order re consent. ECF No. 6.

IT IS SO ORDERED.

Dated: April 18, 2019

UNITED STATES MAGISTRATE JUDGE

No. 204