UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.　1:18-cv-01185-JDP<br><br>ORDER TO SHOW CAUSE WHY JUDGMENT SHOULD NOT BE ENTERED IN FAVOR OF PLAINTIFF FOR DEFENDANT'S FAILURE TO ANSWER COMPLAINT<br><br>FOURTEEN-DAY DEADLINE |

　　　Claimant David Charles Dreier served his complaint upon defendant the Commissioner of Social Security on April 12, 2019. Under the court's scheduling order, the Commissioner had 120 days to serve a copy of the administrative record on appellant and file it with the court. The filing of the record serves as an answer to the complaint. ECF No. 6 at 2. To date, the Commissioner has not answered the complaint with a copy of the administrative record. Therefore, the Commissioner is ordered to show cause why judgment should not be entered in favor of claimant within fourteen days of the date of entry of this order.

IT IS SO ORDERED.

Dated:　__February 10, 2020__　　　　　　　　　　　／s／ Jeremy Peterson

UNITED STATES MAGISTRATE JUDGE

No. 204.