UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01185-JDP<br><br>ORDER DIRECTING THE CLERK TO MAIL A COPY OF THE ORDER TO SHOW CAUSE AND THIS ORDER TO DEFENDANTS<br><br>ECF No. 11 |

On February 11, 2020, the court issued an order for defendant, Commissioner of Social Security, to show cause. ECF No. 11. However, as the Commissioner has not appeared in this case, the order was not served on him. Thus, we extend the time to show cause for an additional thirty days and direct the clerk to serve this order and the order to show cause, ECF No. 11, on defendant at the following addresses:

    Office of General Counsel Social Security Administration
    160 Spear Street
    8th Floor
    San Francisco, CA 94105

    United States Attorney, SSA
    2500 Tulare Street
    Suite 4401
    Fresno, CA 93721

IT IS SO ORDERED.

Dated:     March 23, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.