UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER, | Case No.   1:18-cv-01185-JDP |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF No. 11 |
| Defendant. | |

For good cause shown in defendant's response, ECF No. 13, the court discharges its order to show cause, ECF No. 11. The clerk is directed to send a copy of this order to defendant at the address provided in the response:

Ellinor R. Coder
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105.

1  
2  IT IS SO ORDERED.
3  
4  Dated: __April 28, 2020__                    _____
                                                UNITED STATES MAGISTRATE JUDGE
5  
6  No. 204.