UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:18-cv-01185-JDP<br><br>ORDER SETTING STATUS CONFERENCE AND NOTIFYING PLAINTIFF THAT THE COMPLAINT HAS NOT BEEN SERVED |

The court has identified this case as one that would benefit from a status conference. Plaintiff appears to have failed at an attempt for service of defendant. *See* ECF Nos. 13, 14. However, no further attempts at service have been recorded on the docket. Therefore, you are ordered to appear at a telephonic status conference on July 29, 2020 at 2 p.m. (dial-in number: 1-888-204-5984; passcode: 4446176). Plaintiff should be prepared to discuss whether he intends to correct service and continue to prosecute this case.

This order also serves as notice that defendant was not served within 90 days after the complaint was filed, and good cause is required to avoid dismissal. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: __July 19, 2020__   _____
UNITED STATES MAGISTRATE JUDGE

No. 204.