UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES DREIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.   1:18-cv-01185-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE<br><br>ECF No. 17 |

　　　　Plaintiff, has filed a notice of voluntary dismissal of his case.  ECF No. 17.  Under Rule 41(a) plaintiff may voluntarily dismiss this action without an order from the court at any time before the opposing party answers the complaint.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Thus, this case has been dismissed without prejudice.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 11, 2020                           _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204.